KABARA (JOSEPH) and another, Appellants, vs. FARMERS MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent: KABARA (ANTON) and another, Impleaded Defendants.

For the appellants: *Orville S. Luckenbach* of Shawano, and *Lehner & Lehner* and *Adolph P. Lehner* of Oconto Falls.

For the impleaded defendants: *Edward J. Byrne* of Appleton.

For the respondent: *Eberlein & Eberlein* of Shawano.

*By the Court.*—Judgment affirmed.